UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAYLOR UPTON,<br><br>                    Plaintiff,<br><br>-against-<br><br>VEREIT, INC., VEREIT OPERATING PARTNERSHIP, L.P., GLENN J. RUFRANO, HUGH R. FRATER, PRISCILLA ALMODOVAR, DAVID B. HENRY, MARY HOGAN PREUSSE, RICHARD J. LIEB, EUGENE A. PINOVER, JULIE G. RICHARDSON, and SUSAN E. SKERRITT,<br><br>                    Defendants. | Case No.: 1:21-cv-06129-PAE |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses her claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: October 19, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorneys for Plaintiff*